■■■ PLAYCON ENTERPRISES, Respondent, v STEPHEN YACK, Defendant, and FLEXTEC INTERNATIONAL, LTD., Appellant. [705 NYS2d 309] —Order unanimously reversed on the law without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in denying without a hearing the motion of defendant Flextec International, Ltd. (Flextec) to vacate the default judgment and dismiss the underlying action. A hearing is necessary to determine whether defendant Stephen Yack was an agent of Flextec and agreed not only to supply materials, but also to make the repairs requested by plaintiff (*see, Tonawanda School Empls. Fed. Credit Union v Zack*, 242 AD2d 894). We therefore reverse the judgment and remit the matter to Supreme Court for that purpose. (Appeal from Order of Supreme Court, Erie County, Kane, J.—Vacate Judgment.) Present—Pigott, Jr., P. J., Green, Wisner, Scudder and Kehoe, JJ.

■■■ JOHN E. THEIS, Appellant, v TED LANGWORTHY, Doing Business as BULLFROG HOTEL, Respondent. [705 NYS2d 308] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied plaintiff's motion for a default judgment based on defendant's delay in appearing in the action in response to plaintiff's summons with notice and properly granted defendant an extension of time to file a notice of appearance and demand for the complaint (*see,* CPLR 3012 [d]). Defendant provided a reasonable excuse for the brief delay and established a meritorious defense to the complaint, plaintiff was not prejudiced by the delay, and public policy favors the resolution of cases on their merits (*see, Kaiser v Delaney*, 255 AD2d 362; *Cleary v East Syracuse-Minoa Cent. School Dist.*, 248 AD2d 1005; *Pollack v Eskander*, 191 AD2d 1022, 1023, *appeal dismissed* 81 NY2d 1067). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Default Judgment.) Present—Pigott, Jr., P. J., Green, Wisner, Scudder and Kehoe, JJ.